# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00508-CV

## John Kolar, individually and derivatively on behalf of King & Sons Holdings, LLC and J&J Mission Critical, LLC

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Edward Smith, Justice

Before Justices Goodwin, Kelly, and Smith

Filed: June 10, 2022